PAMRAPAU CORPORATION, respondent,

*v.*

CITY OF BAYONNE and THE CENTRAL DISTRICT, INC., appellant.

[Decided April 25th, 1940.]

*Messrs. Gross & Gross,* for the respondent.

*Messrs. Tiffany & Massarsky* and *Mr. William Rubin,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinions filed in the court below by Vice-Chancellor Kays, and reported in *126 N. J. Eq. 478* and *126 N. J. Eq. 479.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.